| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YING YU, | ) |
| Plaintiff, | ) Case No. 06-7545 EDL |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID STILL, Director, San Francisco District, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation; | ) **STIPULATION TO DISMISS;**<br>) **AND [▮▮▮▮▮▮▮▮] ORDER** |
| Defendants. | ) |

The plaintiff, by and through her attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to adjudicate the plaintiff's application for naturalization within 60 days of the dismissal of this action. If the plaintiff appeals the USCIS decision, the hearing to review the appeal shall be conducted within 60 days after the date of receipt of the appeal.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C06-7545 EDL                                          1

| | | |
|---|---|---|
| Date: March 13, 2007 | | Respectfully submitted, |
| | | SCOTT N. SCHOOLS<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: March 13, 2007 | | /s/<br>JUSTIN WANG<br>Baughman & Wang<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 13, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION TO DISMISS
C06-7545 EDL                                    2